Case 1:26-cv-04268   Document 1-1   Filed 05/21/26   Page 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------- X

GAGANDEEP LAKHMNA,                                   :   Date Filed: _____
                                                    :
                        *Plaintiff,*                :
                                                    :        **SUMMONS WITH**
        -against-                                   :          **NOTICE**
                                                    :
AC EQUITY MANAGER LLC,                              :   Plaintiff designates New
                                                    :   York County as the place of
                        *Defendant.*                :             trial.
----------------------------------------------------------------------- X

The basis of venue is
CPLR § 501

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to serve a notice of appearance or a demand for a complaint on the plaintiff at the address stated below.

If this summons with notice was personally delivered to you in the State of New York, you must serve the notice of appearance within 20 days after such service, excluding the day of service. If this summons was not personally delivered to you in the State of New York, you must serve the notice of appearance within 30 days after the service of the summons is complete, as provided by law.

**NOTICE**: The nature of this action is for breach of contract.

The relief sought is as follows:

1. Damages for breach of contract for Defendant's breach of its contractual obligations pursuant to Paragraph 12.8 and Paragraph 7.1(c) of the operating agreements for Monroe Germantown Holdings LLC ("Monroe Germantown"); 6801 Canoga LLC ("Canoga"); 2400 Huntingdon Holdings LLC ("Huntingdon"); 1838 Glendale LLC ("Glendale"); and 4242 Crenshaw LLC ("Crenshaw" together with Monroe Germantown, Canoga, Huntingdon and Glendale, collectively, the "Entities").

Case 1:26-cv-04268 Document 1-1 Filed 05/21/26 Page 2 of 2

2. Injunction compelling Defendant to provide a suitable indemnitee for Monroe Germantown, Huntingdon, Glendale, and Crenshaw and to remove Plaintiff as the guarantor on the Canoga loan documents.

If you do not appear within the applicable time limitation stated above, a judgment will be entered against you by default for the relief demanded herein.

Dated: New York, New York
       March 20, 2026

**ANDERSON LAW**
*Attorneys for Plaintiff*


By:     \_\_/s/Gregory A. Byrnes\_\_\_\_\_
        Gregory A. Byrnes
104 W 27th Street, 11th Floor
New York, New York 10001
(212) 466-6571
Gregory@andersonlaw.nyc

TO:    AC Equity Manager LLC
       c/o Alcova Capital Management LP
       57 Lexington Avenue, 43rd Floor
       New York, New York 10022