# United States District Court
for the
# Southern District of New York
## Related Case Statement

<u>Full Caption of Later Filed Case:</u>

GAGANDEEP LAKHMNA

| Plaintiff | Case Number |
| --- | --- |
| vs. | |
| AC EQUITY MANAGER, LLC | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

ALCOVA INVESTMENT LLC and
ALCOVA YPF JUNIOR INVESTMENT,
LLC

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:26-cv-03729-PAE |
| GAGANDEEP LAKHMNA | |
| Defendant | |

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

The earlier filed case was removed from state court by the Defendant on May 5, 2026. A second related action with the same caption was similarly removed by the Defendant on May 15, 2026. That case was reassigned to Judge Englemeyer yesterday, May 20, 2026 (Case No.: 1:26-cv-04080-PAE). Judge Engelmeyer has just issued an Order scheduling an initial conference in these cases.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The instant case arises out of the same transactions and occurrences, involves the same parties, and are inextricably intertwined. Indeed, this case and the above referenced cases were all assigned to the same judge in the state court and were bound together by a single Order issued by that Court on April 30, 2026. Both this case and the first removed case (26-3729) each seek injunctive relief arising from the parties' competing interpretations of the same contractual provisions. It is therefore necessary to keep all three cases together in one court and before one judge to avoid the potential for inconsistent rulings.

Signature: _Jonathan M. Cader_____   Date: _5/21/2026_____

Sanders Law Group

Firm: _____